Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 99 C 7885 | DATE | 1/18/2001 |
| CASE TITLE | Does vs. Franco Productions et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiffs' motion (Doc 62-1) for class certification is denied without prejudice, allowing plaintiffs leave to file a new motion that identifies the subsection of Rule 23(b) upon which they rely and sets forth sufficient supporting allegations.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | JAN 22 2001 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| SCT | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

(Reserved for use by the Court)

# ORDER

Before the Court is the unopposed Motion for Class Certification of Plaintiffs John Does 1 Through 30 Inclusive, and Unknown Illinois State University Football Players. In order to prevail, Plaintiffs must satisfy the strictures of Rules 23(a) and (b) of the Federal Rules of Civil Procedure.

Plaintiffs have failed to meet the requirements of Rule 23(b) because they have not identified the subsection into which their purported class falls. Plaintiffs have asked for class certification based on Rule 23, but they have failed either to specify a subcategory of Rule 23(b) or to raise allegations that suggest a particular subcategory. If Plaintiffs seek certification pursuant to Rule 23(b)(3), they must allege that questions of law or fact common to the class members predominate over any questions affecting only individual members and that a class action is superior to other available methods of adjudication. See Fed. R. Civ. P. Rule 23(b)(3). If they seek certification pursuant to Rule 23(b)(1)(A), they must allege that separate actions would produce inconsistent or varying adjudications that would impose incompatible standards of conduct upon the party opposing the class. See Fed. R. Civ. P. 23(b)(1)(A). If they seek certification pursuant to Rule 23(b)(1)(B), they must show that separate actions would be dispositive of the interests of non-members or substantially impair those non-members' interests. See Fed. R. Civ. P. 23(b)(1)(B).

Plaintiffs' present motion is devoid of any such allegations, and we cannot divine from the existing allegations the Rule 23(b) grounds for the motion. Without clearer indications as to what type of class Plaintiffs ask us to certify, we cannot grant Plaintiffs' motion at this juncture. We therefore deny the motion without prejudice, allowing Plaintiffs leave to file a new motion that identifies the subsection of Rule 23(b) upon which they rely and sets forth sufficient supporting allegations.

Dated: January 18, 2001

CHARLES P. KOCORAS
U.S. District Court Judge