Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 7885 | **DATE** | 4/12/2001 |
| **CASE TITLE** | Does vs. Franco Productions et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Before the Court is the Motion for Class Certification of Plaintiffs John Does 1 Through 30 Inclusive, and Unknown Illinois State University Football Players. Plaintiffs have proposed certification under all of the subsections of Rule 23(b). We believe that Rule 23(b)(3) furnishes the best ground for class certification given the nature of Plaintiffs' request for monetary and injunctive relief. See Jefferson v. Ingersoll Int'l Inc., 195 F.3d 894, 898 (7th Cir. 1999) (holding that "nonequitable monetary relief may be obtained in a class action certified under Rule 23(b)(2) only if the predominant relief sought is injunctive or declaratory," and identifying Rule 23(b)(3) as proper alternative). Accordingly, we grant the motion to certify the proposed class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure. Because this is a Rule 23(b)(3) class, members must receive reasonable notice and an opportunity to opt out. See Smith v. Shawnee Library Systems, Inc., 60 F.3d 317, 321 (7th Cir. 1995) (citing Eisen v. Carlisle & Jacquelin, 417 U.S. 156, 173, 94 S.Ct. 2140, 2150, 40 L.Ed.2d 732 (1974)).

(11) ☐ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | number of notices | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| | Notices mailed by judge's staff. | | | APR 1 3 2001 | |
| | Notified counsel by telephone. | | | date docketed | 68 |
| ✓ | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | 01 APR 12 PM 4:06 | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| | SCT | courtroom deputy's initials | | date mailed notice | |
| | | | Date/time received in central Clerk's Office | mailing deputy initials | |