116-5852        EDJ:JRB        #62117 6172

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown Illinois State University Football Players, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO: 99 CV 07885 |
| FRANCO PRODUCTIONS, DAN FRANCO Individually and d/b/a FRANCO PRODUCTIONS, GEORGE JACHEM, Individually and d/b/a RODCO, R.D. COUTURE, Individually and d/b/a RODCO, RODCO, HIDVIDCO, HIDVIDCO-ATLAS VIDEO RELEASE, DEREK ROBERTS, Individually and d/b/a AMO VIDEO, AMO VIDEO, LOGAN GAINES ENTERTAINMENT, LOGAN GAINES, Individually and d/b/a LOGAN GAINES ENTERTAINMENT, MARVIN JONES, Individually and d/b/a CAMPFIRE VIDEO, CAMPFIRE VIDEO, LEO MARTIN, Individually and d/b/a GAMEPORT, GAMEPORT, JAY HENNIGAN, Individually and d/b/a WESTNET COMMUNICATIONS, WESTNET COMMUNICATIONS, ALAN GOULD, BRAD THEISSEN, Individually and d/b/a D.I.Y./TRIANGLE VIDEO, D.I.Y./ TRIANGLE VIDEO, KEVIN GLEASON, Individually and d/b/a CAL VIDEO, CAL, VIDEO, TVRP, PSI NET, Individually and d/b/a TIAC.NET, GTE, Individually and d/b/a GTE INTERNET WORKING d/b/a GENUITY.NET, RICK GREENSPAN, LINDA HERMAN and DAVID STRAND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | (Transferred from Law Division 99 L 8221) |
| Defendants. | ) | |

FILED
NOV 1 8 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
NOV 2 6 2002

## PLAINTIFFS' MOTION TO VOLUNTARILY DISMISS

Plaintiffs, by and through their attorneys, GOLDSTEIN & FLUXGOLD, LTD., DENNIS A. BERKSON & ASSOC., LTD. and BULLARO & CARTON, CHARTERED, hereby move this Court to voluntarily dismiss without prejudice the following Defendants: Derek Roberts, Logan Gaines Entertainment, Logan Gaines, Individually and d/b/a Logan Gaines Entertainment, Leo Martin, Alan Gould, Brad Theissen, Individually and d/b/a D.I.Y./Triangle Video, D.I.Y./Triangle Video, Kevin Gleason, Individually and d/b/a Cal Video, Cal Video and TVRP.

1.     Plaintiffs have been persistently, and for some time, been trying to attempt service of summons upon the above listed Defendants. However, despite due diligence, Plaintiffs have been unable to locate and serve the aforementioned Defendants.

2.     It is uncertain whether Plaintiffs are unable to accomplish service because the names are pseudonyms, or because the Defendants have located outside of the country or for some other reason. That Plaintiffs are unable to fully identify and serve the Defendants engaging in the unlawful and tortious dissemination of illegally taken and obscene videotapes is further evidence of the danger and inadequate remedies afforded by limiting the Plaintiffs' remedy to the actual perpetrators rather than allowing Plaintiffs to recover from Internet hosts or other forms of Internet providers.

3.     In any event, although Plaintiffs hoped to be able to fully wrap up and resolve their claims against all of the named Defendants, rather than prolong this

2

case any further, Plaintiffs move to voluntarily dismiss without prejudice the aforementioned Defendants.

4.     Granting the motion will fully and finally resolve all of the Plaintiffs' claims.  The docket reveals that the following Defendants have been dismissed pursuant to Rule 12(b)(6): PSI Net, Individually and d/b/a TIAC.Net, GTE, Individually and d/b/a GTE Internet Working d/b/a Genuity.net, Rick Greenspan, Linda Herman and David Strand. The following Defendants have been previously dismissed voluntarily and without prejudice:     Marvin Jones, Individually and d/b/a Campfire Video, Campfire Video, Jay Hennigan, Individually and d/b/a Westnet Communications and Westnet Communications. The remaining Defendants have been defaulted and Plaintiffs have moved contemporaneously with this motion for default judgment against those remaining Defendants.

**WHEREFORE**, for the reasons set forth above, the Plaintiffs respectfully move the Court to voluntarily dismiss without prejudice the following Defendants: Derek Roberts, Logan Gaines Entertainment, Logan Gaines, Individually and d/b/a Logan Gaines Entertainment, Leo Martin, Alan Gould, Brad Theissen, Individually and d/b/a D.I.Y./Triangle Video, D.I.Y./Triangle Video, Kevin Gleason, Individually and d/b/a Cal Video, Cal Video and TVRP.

Respectfully Submitted,

BULLARO & CARTON, CHTD.

James R. Branit

James R. Branit
BULLARO & CARTON, CHARTERED
200 N. LaSalle St., Suite 2500
Chicago, Illinois 60601
Tel:    (312) 831-1000
Fax:    (312) 831-0647
Attorney No. 91348
*Attorneys for the Plaintiffs*

Dennis A. Berkson
DENNIS A. BERKSON & ASSOC., LTD
180 North LaSalle Street
Suite 1985
Chicago, Illinois 60601
Telephone: (312) 726-7402
Facsimile: (312) 726-1663

Louis S. Goldstein
GOLDSTEIN & FLUXGOLD, LTD.
33 North Dearborn Street
Suite 1900
Chicago, Illinois 60602
Telephone: (312) 726-7772
Facsimile: (312) 368-0368

116-5852 EDJ:JRB\mmp #621176172

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, )
and Unknown Illinois State )
University Football Players, )
)
Plaintiffs, )
)
v. ) NO: 99 CV 07885
)
FRANCO PRODUCTIONS, DAN FRANCO ) (Transferred from Law
Individually and d/b/a FRANCO ) Division 99 L 8221)
PRODUCTIONS, GEORGE JACHEM, )
Individually and d/b/a RODCO, )
R.D. COUTURE, Individually and )
d/b/a RODCO, RODCO, HIDVIDCO, )
HIDVIDCO-ATLAS VIDEO RELEASE, )
DEREK ROBERTS, Individually and )
d/b/a AMO VIDEO, AMO VIDEO, LOGAN )
GAINES ENTERTAINMENT, LOGAN GAINES, )
Individually and d/b/a LOGAN GAINES )
ENTERTAINMENT, MARVIN JONES, )
Individually and d/b/a CAMPFIRE )
VIDEO, CAMPFIRE VIDEO, LEO MARTIN, )
Individually and d/b/a GAMEPORT, )
GAMEPORT, JAY HENNIGAN, )
Individually and d/b/a WESTNET )
COMMUNICATIONS, WESTNET )
COMMUNICATIONS, ALAN GOULD, BRAD )
THEISSEN, Individually and d/b/a )
D.I.Y./TRIANGLE VIDEO, D.I.Y./ )
TRIANGLE VIDEO, KEVIN GLEASON, )
Individually and d/b/a CAL VIDEO, )
CAL, VIDEO, TVRP, PSI NET, )
Individually and d/b/a TIAC.NET, )
GTE, Individually and d/b/a GTE )
INTERNET WORKING d/b/a GENUITY.NET, )
RICK GREENSPAN, LINDA HERMAN and )
DAVID STRAND, )
Defendants. )

FILED
NOV 1 8 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**

NOV 2 6 2002



## NOTICE OF MOTION

TO:    Attorneys of Record
(See Attached Service List)
**VIA FIRST CLASS MAIL**

Daniel Franco d/b/a Franco Productions
1010 University Avenue
San Diego, CA 92103
**VIA FIRST CLASS MAIL & CERTIFIED MAIL**

Rodco, AMO Video, R.D. Couture, Atlas Video and Hidvidco
2210 N.E. 26th Street
Ft. Lauderdale, FL 33305
**VIA FIRST CLASS MAIL & CERTIFIED MAIL**

Gameport/Earthlink
3100 New York Drive
Pasadena, CA 90038
**VIA FIRST CLASS MAIL & CERTIFIED MAIL**

On **November 25, 2002**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before **Judge Charles P. Kocoras**, or any judge sitting in his stead, in the **Room 2503** in the Federal Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present

*Plaintiffs' Motion Default Judgment*
*Plaintiffs' Motion to Voluntarily Dismiss*

**BULLARO & CARTON, CHARTERED**
**Attorneys for Certain Plaintiffs**
**200 North LaSalle Street - Suite 2500**
**Chicago, Illinois  60601**
**(312) 831-1000**

**BULLARO & CARTON, CHARTERED**

By: *James R. Branit*
      James R. Branit

## PROOF OF SERVICE

I, **Melanie L. Pell**, a non-attorney, certify that I served a copy of the foregoing Notice and attachments via first class mail as indicated above to the above-mentioned parties at the addresses indicated and by depositing same in the U.S. Mail Chute located at 200 North LaSalle Street, Chicago, Illinois 60601, with proper postage prepaid at or before 5:00 p.m. on **November 18, 2002.**

Under penalties as provided by law pursuant to Ill. Rev. Stat., Ch. 110, Sec. 1-109, I certify that the statements set forth herein are true and correct.

Dated: November 18, 2002

*John Does v. Franco Productions, et al.*            *(04/24/01 mmp )*
*Cause No.:*     99 C 7885
*Our File No.:*    116-5852

## SERVICE LIST

**Attorneys for Plaintiffs**
Louis S. Goldstein
GOLDSTEIN & FLUXGOLD, LTD.
33 North Dearborn Street
Suite 1930
Chicago, Illinois 60602-3108
Telephone: (312) 726-7772
Facsimile: (312) 368-0368

Dennis A. Berkson
DENNIS A. BERKSON & ASSOC., LTD
180 North LaSalle Street
Suite 1985
Chicago, Illinois 60601
Telephone: (312) 726-7402
Facsimile: (312) 726-1663

**Attorneys for GTE Internet Workings**
Jacqueline White Johnson
KIRKLAND & ELLIS
200 East Randolph Drive
54th Floor
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

William H. Pratt
Kathleen M. McCarthy
Lee Ann Stevenson
KIRKLAND & ELLIS
153 East 53rd Street
39th Floor
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**Attorneys for Defendants David Strand,**
**Linda Herman and Rick Greenspan**
Carol Hansen Psegate
GIFFIN, WINNING, COHEN &
BODEWES, P.C.
One West Old State Capitol Plaza
Myers Building, Suite 600
Springfield, Illinois 62701
Telephone: (217) 525-1571
Facsimile: (217) 525-1710

Mark S. Mester
Matt Rawlinson
LATHAM & WATKINS
5800 Sears Tower
Chicago, Illinois 60606
Phone: (312) 876-7700
Facsimile: (312) 993-9767

**Attorneys for Defendants Marvin Jones,**
**individually and d/b/a Campfire Video;**
**and Campfire Video**
Richard D. Teitel
LAW OFFICES OF RICHARD D. TEITEL
11835 W. Olympic Blvd.
Suite 1235
Los Angeles, CA 90064
Telephone: (310) 473-1456
Facsimile: (310) 473-6646

Alexander Harris
REYNOLDS & BAKER
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: (312) 269-0011
Facsimile: (312) 269-0112

**Attorneys for PSINet, Inc.**
Laurin H. Mills
Leslie Paul Machado
NIXON PEABODY LLP
One Thomas Circle, NW, Suite 700
Washington, D.C. 20005
Telephone: (202) 457-5300
Facsimile: (202) 457-5355

John P. Ratnaswamy
Ross E. Kimbarovsky
HOPKINS & SUTTER
Three First National Plaza
Suite 4100
Chicago, Illinois 60602-4205
Telephone: (312) 558-6600
Facsimile: (312) 558-6538