116-5852                    EDJ:JRB                    #621176172

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown Illinois State University Football Players, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO: 99 CV 07885 |
| FRANCO PRODUCTIONS, DAN FRANCO Individually and d/b/a FRANCO PRODUCTIONS, GEORGE JACHEM, Individually and d/b/a RODCO, R.D. COUTURE, Individually and d/b/a RODCO, RODCO, HIDVIDCO, HIDVIDCO-ATLAS VIDEO RELEASE, DEREK ROBERTS, Individually and d/b/a AMO VIDEO, AMO VIDEO, LOGAN GAINES ENTERTAINMENT, LOGAN GAINES, Individually and d/b/a LOGAN GAINES ENTERTAINMENT, MARVIN JONES, Individually and d/b/a CAMPFIRE VIDEO, CAMPFIRE VIDEO, LEO MARTIN, Individually and d/b/a GAMEPORT, GAMEPORT, JAY HENNIGAN, Individually and d/b/a WESTNET COMMUNICATIONS, WESTNET COMMUNICATIONS, ALAN GOULD, BRAD THEISSEN, Individually and d/b/a D.I.Y./TRIANGLE VIDEO, D.I.Y./ TRIANGLE VIDEO, KEVIN GLEASON, Individually and d/b/a CAL VIDEO, CAL, VIDEO, TVRP, PSI NET, Individually and d/b/a TIAC.NET, GTE, Individually and d/b/a GTE INTERNET WORKING d/b/a GENUITY.NET, RICK GREENSPAN, LINDA HERMAN and DAVID STRAND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | (Transferred from Law Division 99 L 8221) |
| Defendants. | ) | |







## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Plaintiffs, by and through their attorneys, GOLDSTEIN & FLUXGOLD, LTD., DENNIS A. BERKSON & ASSOC., LTD. and BULLARO & CARTON, CHARTERED, hereby move this Court to enter default judgment against Defendants, Franco Productions, Daniel Franco individually and d/b/a Franco Productions, George Jachem, individually and d/b/a Rodco, R.D. Couture, individually and d/b/a Rodco, Rodco, Hidvidco, Hidvidco-Atlas Video Release, AMO Video, Atlas Video, Gameport/Earthlink, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and in support of said motion, state as follows:

### I.  INTRODUCTION:

The plaintiffs, John Does Nos. 1-46, are a number of intercollegiate athletes who were surreptitiously videotaped by the defendants in states of complete undress and partial undress while using locker rooms, showers and urinals in conjunction with certain intercollegiate athletic competitions. Particularly, the videotapes contain explicit images of the Plaintiffs and others, including, but not limited to, nude images of the Plaintiffs and others, their use of showers and washing of their genitalia, and their standing nude and urinating in the urinals.

The videotapes were transmitted and disseminated to the public for profit through various channels, including the Internet. The plaintiffs have filed a Third Amended Complaint seeking recovery pursuant to six different legal theories and/or statutory provisions. The following defendants were served with the

2

complaint and summons in this case, but never appeared or answered: Franco Productions, Daniel Franco individually and d/b/a Franco Productions, George Jachem, individually and d/b/a Rodco, R.D. Couture, individually and d/b/a Rodco, Rodco, Hidvidco, Hidvidco-Atlas Video Release, AMO Video, Atlas Video, Gameport/Earthlink (hereinafter "defaulted defendants"). Therefore, on May 30, 2000, this court entered an order of default against the defaulted defendants pursuant to Rule 55. (See a copy of May 30, 2000 order *attached* as Exhibit 1). The plaintiffs now move, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure for entry of a default judgment against each of the defendants as to each count of the plaintiffs' Third Amended Complaint.

## II. COMPENSATORY DAMAGES:

The damages with respect to the plaintiffs are outlined specifically in the affidavits of those individual plaintiffs, which are attached hereto as Group Exhibit 2, and specifically incorporated herein by reference.[1]

All the plaintiffs have suffered and will suffer in the future from severe mental and emotional anguish from knowing that their images and likenesses were, are and will continue to be sold and viewed as pornography for the sexual stimulation of the purchasers and for the profit of the sellers. Upon discovering the existence of the subject videotapes, all the plaintiffs experienced anxiety and

---

[1] The affidavits have been redacted to hide the identities of the plaintiffs. Unredacted copies of the affidavits will be provided to the court *in camera* and plaintiffs request that the Court keep the unredacted affidavits under seal.

3

stress that said video tapes depicting them naked and in various states of undress while using locker rooms, bathrooms and showers. The plaintiffs experience fear and physical anxiety manifested by nervousness when in areas such as locker rooms, changing rooms, bathrooms and showers in public places. Furthermore, the plaintiffs have suffered further psychological harm due to a fear of the videos being viewed by friends, family members and acquaintances. All of this has caused the plaintiffs great embarrassment, humiliation and anxiety.

In addition, the damage to the plaintiffs will only increase in the future. Despite best efforts, the videos continue to be marketed on the Internet. (*See* affidavit of James R. Branit, *attached* as Exhibit "3"). This is disastrous for the plaintiffs because as technology increases, it becomes more and more difficult to locate the origin of certain web sites. (As set forth in the Motion to Voluntarily Dismiss filed contemporaneously herewith, Plaintiffs have been unable to fully identify and locate even some of the perpetrator defendants in this case.) In other words, each and every plaintiff will have to face the increase in anxiety every day that their images will continue to be spread throughout the world.

As a consequence, the 46 plaintiffs are ***each*** entitled to one million dollars in compensatory damages, or a total of $46 million in compensatory damages. While it is always difficult to quantify non-economic damages, nevertheless the plaintiffs are entitled to them. See Diaz v. Oakland Tribune, Inc., 139 Cal.App.3d 118, 188 Cal.Rptr. 762 (1 Dist. 1983). Most recently, in the matter of Amber

4

Kulhanek v. ARCO Media Group, Inc. and E! Online, Inc., Cause Number: 01:505, the 22nd District Court of San Marcos, Texas heard the plaintiff's motion for default judgment where the plaintiff took off her T-shirt during a wet T-shirt contest on Padre Island while on spring break, only to find this image of herself on television in the form of an advertisement for the "Wild Party Girls" video on the E! Entertainment Network. The Court granted the plaintiff's motion and awarded her $5 million for her emotional distress and privacy claims, along with ten thousand dollars in attorneys fees. (A true and accurate copy of the judgment is *attached* as Exhibit "4").[2]

Damage awards in excess of $250,000.00 have been sustained in cases where the only harm was emotional and where little or no therapy or treatment had been sought by the plaintiffs. For example, in Diaz, the plaintiff was a transsexual college student who kept her true gender hidden from her fellow classmates. She proceeded through her college life as a woman. A newspaper article published the fact that the plaintiff was actually born a man. Thereafter, the plaintiff sued the publisher, claiming invasion of privacy. The plaintiff claimed to suffer from depression and insomnia as a result of the publication of the

---

[2] *See also* Hoffmann-La Roche, Inc. v. Zeltwanger, 2002 WL 42881 (Jan. 10, 2002)(Where plaintiff in a sexual harassment case was awarded $1 million in compensatory damages for mental anguish and $8 million in exemplary damages against former employer and former supervisor for her intentional infliction of emotional distress claim)

information. At trial, the plaintiff was awarded $250,000 in compensatory damages even though he had not suffered any physical injury.

On appeal, the defendant argued that the award of $250,000 in damages for mental anguish was excessive. The appellate court disagreed and upheld the award. The court noted that the harm that the plaintiff "alleged to have suffered is not easily quantifiable, and the amount of damages must necessarily be left to the sound discretion of the [trier of fact]. Id. at 137. Additionally, the court reasoned that the damages for the injury were not limited to actual out-of-pocket expense. Instead, the plaintiff was entitled to "impairment of reputation and standing in the community, personal humiliation and mental anguish and suffering." Id. (citing to Gertz v. Robert Welch, Inc., 418 U.S. 323, 350 (1974).

In this case, the plaintiffs have suffered mental anguish, humiliation, fear and anxiety. Additionally, as all the affidavits contained in Group Exhibit 2 demonstrate, all the plaintiffs live in fear of damage to their reputations and family lives should the contents of the subject videotapes be shown to friends, acquaintances and family members.

Moreover, unlike the plaintiff in Diaz, the plaintiffs here have been subjected to numerous and repeated showings of the offensive material. Furthermore, the instant case does not just involve a one time showing of a videotape, as the offensive conduct in Diaz merely related to a one time publication. Rather, the plaintiffs here are subject to these tapes being shown throughout the world on the

Internet and sold through pornographic publications forever. Not only is it very possible that these same videotapes will be viewed by pornography consumers for the remainder of the plaintiffs' lifetime, but if these materials happen to find their way out of the United States, it may become impossible for the Courts of the United States to ever completely shut down the unlawful and injurious activity of the defendants. It is the continuing and ongoing nature of the injury and the wrong being committed against these individuals which makes the damages in this case substantial. As such, $1 million for each of the 46 plaintiffs, or a total of $46 million, is a fair and reasonable amount of damages to compensate each and every plaintiff in this case.

### III.   PUNITIVE DAMAGES UNDER CERTAIN COUNTS:

Under all counts in the Third Amended Complaint, save Count III for negligent infliction of emotional distress, the plaintiffs are entitled to punitive damages.

Count I (invasion of privacy) and Count II (misappropriation of likeness) are both common law torts in the state of Illinois. In Illinois, punitive damages may be awarded when torts are committed with fraud, actual malice, deliberate violence or oppression or for conduct involving some element of outrage similar to crime. Ainsworth v. Century Supply Co., 295 Ill.App.3d 644, 651, 693 N.E.2d 510, 515 (2 Dist. 1998). In this case, the conduct of the defendants in secretly videotaping the plaintiffs while nude or in various states of undress and then

marketing these videos as pornography is deliberate, malicious conduct. Moreover, the conduct involves outrageous conduct which is not only similar to a crime, but which is in fact a crime. The defendants have also been sued under several counts within the Third Amended Complaint for crimes. As such, there can be no doubt that the plaintiffs are entitled to punitive damages for the defendants' intentional, malicious and criminal conduct.

In addition, Count IV has been brought under RICO 18 U.S.C. 1964, the plaintiffs who prove a violation of 18 U.S.C. 1961, et al. are entitled to treble damages. Count VIII is brought pursuant to 18 U.S.C. 2520, which provides for civil remedies for eavesdropping, including punitive damages, costs, and attorneys fees. Finally, Count IX is brought pursuant to 720 ILCS 14-6, which provides civil remedies for eavesdropping pursuant to Illinois statute. These civil remedies include punitive as well as compensatory damages.

As the defendants have failed to appear, the plaintiffs have been precluded from engaging in adequate discovery to determine the pecuniary condition of the defendants in order to adequately assess an appropriate amount to punish each defendant. However, courts have the authority to enter awards for punitive damages against defaulted defendants. See Conetta v. Nat'l Hair Care Centers, Inc., 236 F.3d 67 (1st Cir. 2001).

In BMW of North America, Inc. v. Gore, 517 U.S. 559, 116 S.Ct. 1589 (1996), the Supreme Court refused to establish a mathematical formula for

8

determining punitive damages. Id. at 582-83, 116 S.Ct. at 1602-03. Instead, the Court stated that "a general concern of reasonableness ... properly enters into the constitutional calculus." Id. at 583, 116 S.Ct. at 1602 (citations omitted). However, the Court suggested that an award of four to ten times the amount of compensatory damages may be appropriate depending upon the circumstances in each case. Id. at 580-81, 116 S.Ct. at 1601-02. See also In re Vazquez, 221 B.R. 222, 231-232 (United States Bankruptcy Court for the Northern District of Illinois awarded debtor roughly ten times his compensatory damages where the creditor, Sears, doggedly pursued the debtor through several court proceedings over the course of a decade, including two bankruptcies filed by the debtor, for a negligible credit card debt).

Given the severity of the conduct of the defendants, including as mentioned above the criminal nature of the conduct, the plaintiffs ask that an award of ten million dollars in punitive damages for each of the 46 plaintiffs (or a total of $460 million) be entered against each defendant under Counts I, II, IV, VIII and IX. Plaintiffs feel that the maximum calculation utilized by the Supreme Court is mandated in this particular case because of: (1) the sheer number of plaintiffs injured; (2) the nature of the injurious activity, in that it infringed upon constitutional rights; (3) the fact that some of the videos depicted minors at the time of the injury, constituting child pornography; and (4) the fact that the defendants utilized the activity not only for their own personal sexual gratification,

9

but also derived substantial monetary benefit from the activity. Additionally, the plaintiffs are entitled, under Counts IV and VIII to the costs of the suit, including reasonable attorneys fees under this statute. To date, the attorneys fees incurred for the investigation and prosecution of their claims against the defendants is $37,110.00. (*See* Ex. 3). The plaintiffs have incurred costs to date of $8685.00. (*See* Ex. 3).

## IV. INJUNCTIVE RELIEF:

In addition to the compensatory and punitive damages to which each and every plaintiff is entitled as set forth above, the plaintiffs are also all entitled, as a class, to injunctive relief. The plaintiffs have been certified as a class pursuant to Rule 23 with respect to the injunctive relief sought. (*See* a copy of minute order of June 20, 2001 *attached* as Exhibit 5).

In this case, the plaintiffs request that the defendants be permanently enjoined from taping, selling, advertising, distributing or otherwise disseminating these videotapes, or any part of them, or any images or pictures which have been taken or produced from them, in any fashion whatsoever. This includes, but is not limited to, selling, distributing, advertising or otherwise disseminating these tapes, or parts of them, or any images or pictures taken or produced from them, in stores, on the Internet, through the mails, and in print publications. Furthermore, the plaintiffs request that the Court compel the defaulted defendants to turn over to the plaintiffs immediately for destruction, all videotapes

10

and all parts of them and any images or pictures taken or produced from them, including computer data, web sites or computer memory in any form.

## **CONCLUSION**

**WHEREFORE**, the plaintiffs pray that this court enter an order:

(1) granting default judgment jointly and severally as to all the defaulted defendants Franco Productions, Daniel Franco individually and d/b/a Franco Productions, George Jachem, individually and d/b/a Rodco, R.D. Couture, individually and d/b/a Rodco, Rodco, Hidvidco, Hidvidco-Atlas Video Release, AMO Video, Atlas Video, Gameport/Earthlink in the amount of $506,045,795.82, said default judgment to be entered as follows:

> (a) $1,000,000.00 for *each* of the plaintiffs, John Does 1 through 46, inclusive, or a total of $46,000,000.00 for compensatory damages;
>
> (b) $10,000,000.00 for *each* of the plaintiffs, John Does 1 through 46, inclusive, or a total of $460,000,000.00 in punitive damages; and
>
> (c) $45,795.82, costs and attorneys fees.

(2) permanently enjoining the defendants from the taping, selling, advertising, distributing or otherwise disseminating these videotapes, or any part of them, or any images or pictures which have been taken or produced from them, in any fashion whatsoever, including computer data, and further compelling the defendants to turn over these videotapes and all parts of them and any images or

11

pictures taken or produced from them, in any form including computer memory,

to the plaintiffs immediately.

Respectfully Submitted,

BULLARO & CARTON, CHTD.

*James R Branit*

James R. Branit

James R. Branit
BULLARO & CARTON, CHARTERED
200 N. LaSalle St., Suite 2500
Chicago, Illinois 60601
Tel:    (312) 831-1000
Fax:   (312) 831-0647
Attorney No. 91348
*Attorneys for the Plaintiffs*

Dennis A. Berkson
DENNIS A. BERKSON & ASSOC., LTD
180 North LaSalle Street
Suite 1985
Chicago, Illinois 60601
Telephone: (312) 726-7402
Facsimile: (312) 726-1663

Louis S. Goldstein
GOLDSTEIN & FLUXGOLD, LTD.
33 North Dearborn Street
Suite 1900
Chicago, Illinois 60602
Telephone: (312) 726-7772
Facsimile: (312) 368-0368

Michael W. Dobbins
   CLERK

Office of the Clerk

**DOCKETED**

   John Joseph Bullaro Jr.
   Bullaro & Carton, Chartered
   200 North LaSalle Street
   Suite 2500
   Chicago, IL 60601

--------------------------------------------------------------------------
   Case Number: 1:99-cv-07885   Other Court No: 98-L-8221

     Title: Does v. Franco Prod

Assigned Judge: Honorable Charles P. Kocoras

MINUTE ORDER of 5/30/00 by Hon. Charles P. Kocoras :
Plaintiffs' motion for default against Daniel Franco, d/b/a
Franco Productions, Rodco, AMO Video, R.D. Couture, Atlas
Video, Hidvidco, Gameport and Earthlink, is granted. [49-1]
PSI Net and GTE's oral motion for an extension of time to
6/5/2000 to file reply in support of their motion to
dismiss, is granted. Ruling set for 6/21/2000 to stand.
Mailed notice

This docket entry was made by the Clerk on May 31, 2000

ATTENTION:  This notice is being sent pursuant to Rule 77(d) of the
            Federal Rules of Civil Procedure or Rule 49(c) of the Federal
            Rules of Criminal Procedure. It was generated by ICMS,
            the automated docketing system used to maintain the civil and
            criminal dockets of this District. If a minute order or
            other document is enclosed, please refer to it for
            additional information.

For scheduled events, motion practices, recent opinions and other information,
visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges.
Check for rulings on noticed motions. Also, subscribe to CourtWatch--a free
service--to receive e-mail notification of CourtWeb postings.

To apply for a PACER account, call 1.800.676.6856



EXHIBIT
1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )

        Plaintiff, )

    -vs- )        No. 99 CV 07885

FRANCO PRODUCTIONS, et. al., )

        Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 1 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth        portrayals on the web sites and this may negatively impact my relationship with these indiv        my reputation.

    FURTHER AFFIANT SAYETH NOT.

                    JOHN DOE NO.

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

EXHIBIT
2

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                           )
           Plaintiff,                )
                                             )
-vs-                                     )     No. 99 CV 07885
                                             )
FRANCO PRODUCTIONS, et. al.,     )
                                             )
           Defendants.            )

## AFFIDAVIT

I, JOHN DOE NO. 2, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.


FURTHER AFFIANT SAYETH NOT.


                                       JOHN DOE NO. 2

SUBSCRIBED AND SWORN TO
Before me this _8th_ day of _Jan_
_January_ , 2000.

_Patricia M Mills_
NOTARY PUBLIC

```
OFFICIAL SEAL
PATRICIA M MILLS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/12/04
```

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                       )
      Plaintiff, )
                                         )
-vs- )                                  No. 99 CV 07885
                                         )
FRANCO PRODUCTIONS, et. al., )
                                         )
      Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 3, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                     *John Doe No. 3*
                                     JOHN DOE NO. 3

SUBSCRIBED AND SWORN TO
Before me this _11th_ day of
_____, 2000.

_Kathleen M. MacDonald_
NOTARY PUBLIC

> **"OFFICIAL SEAL"**
> KATHLEEN M. MacDONALD
> Notary Public, State of Illinois
> My Commission Expires 12/16/03

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                                )
       Plaintiff, )
                                                )
-vs-                                     )    No. 99 CV 07885
                                                )
FRANCO PRODUCTIONS, et. al., )
                                                )
       Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 4 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth                portrayals on the web sites and this may negatively impact my relationship with these indiv                my reputation.

FURTHER AFFIANT SAYETH NOT.

                                                    JOHN DOE NO. 4        _____

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                        )
           Plaintiff, )
                        )
                        )
-vs-                    )      No. 99 CV 07885
                        )
FRANCO PRODUCTIONS, et. al., )
                        )
           Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 5, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                               _John Doe #5_
                               JOHN DOE NO. 5

SUBSCRIBED AND SWORN TO
Before me this _4th_ day of
_January_____ , ~~2000~~.
                    2001
_Mark Steven Burson_
NOTARY PUBLIC

MARK STEVEN BURSON, Notary Public
Residence - Summit County
State Wide Jurisdiction, Ohio
My Commission Expires Aug. 19, 2003

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )

       Plaintiff, )

-vs- )      No. 99 CV 07885

FRANCO PRODUCTIONS, et. al., )

       Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 6, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth       portrayals on the web sites and
this may negatively impact my relationship with these indiv       my reputation.

FURTHER AFFIANT SAYETH NOT.

                         JOHN DOE NO. 6       _____

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                     )

        Plaintiff,             )

                                       )

-vs-                               )      No. 99 CV 07885

                                      )

FRANCO PRODUCTIONS, et. al.,       )

                                      )

        Defendants.           )

## AFFIDAVIT

I, JOHN DOE NO. 7, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                        JOHN DOE NO. 7

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                              )
            Plaintiff,                        )
                                              )
-vs-                                          )      No. 99 CV 07885
                                              )
FRANCO PRODUCTIONS, et. al.,                  )
                                              )
            Defendants.                       )

## AFFIDAVIT

I, JOHN DOE NO. 8 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth                          portrayals on the web sites and
this may negatively impact my relationship with these indiv                     my reputation.

FURTHER AFFIANT SAYETH NOT.

JOHN DOE NO. 8

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

NOTARY PUBLIC

Case: 1:99-cv-07885 Document #: 13 Filed: 01/02/02 Page 22 of 56 PageID #:100

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                         )
        Plaintiff, )
                                           )
-vs- )     No. 99 CV 07885
                                           )
FRANCO PRODUCTIONS, et. al., )
                                           )
        Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 9, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                         *John Doe #9*
                                          JOHN DOE NO. 9

SUBSCRIBED AND SWORN TO
Before me this 28th day of
December , 2000.

_____
NOTARY PUBLIC

Resident of Wayne County, In
My Commission Expires - 9-18 2006

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                               )
          Plaintiff, )
                               )
-vs- )       No. 99 CV 07885
                               )
FRANCO PRODUCTIONS, et. al., )
                               )
          Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 10, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                        JOHN DOE NO. 10

SUBSCRIBED AND SWORN TO
Before me this 17th day of
January , 2000.1

NOTARY PUBLIC

```
OFFICIAL SEAL
ELLEN KAY LYNCH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/11/02
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players,        )
                                                   )
        Plaintiff,                                 )
                                                   )
-vs-                                               )        No. 99 CV 07885
                                                   )
FRANCO PRODUCTIONS, et. al.,                       )
                                                   )
        Defendants.                                )

## AFFIDAVIT

I , JOHN DOE NO. 11 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

_John Doe no. 11_
JOHN DOE NO. 11

SUBSCRIBED AND SWORN TO
Before me this 13 day of
_Aug_ , 2001.

_Dorothy Briano_
NOTARY PUBLIC

"OFFICIAL SEAL"
Dorothy Briano
Notary Public, State of Illinois
My Commission Exp. 07/10/2005

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown )<br>Illinois State University Football Players, )<br>)<br>      Plaintiff, )<br>)<br>-vs- )<br>)<br>FRANCO PRODUCTIONS, et. al., )<br>)<br>      Defendants. ) | No. 99 CV 07885 |

## AFFIDAVIT

I , JOHN DOE NO.12 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

_____  _____
                                JOHN DOE NO. 12

SUBSCRIBED AND SWORN TO
Before me this 3H day of
_____, 2001.

_____
NOTARY PUBLIC

```
"OFFICIAL SEAL"
WILLIAM R. TRAINOR
Notary Public, State of Illinois
My Commission Expires 04/13/04
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players,       )
                                 )
      Plaintiff,              )
                                 )
-vs-                            )    No. 99 CV 07885
                                 )
FRANCO PRODUCTIONS, et. al.,     )
                                 )
      Defendants.          )

## AFFIDAVIT

I, JOHN DOE NO. 16, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                       *John Doe #16*
                                       JOHN DOE NO. 16

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players,       )
                                                  )
          Plaintiff,                              )
                                                  )
-vs-                                              )     No. 99 CV 07885
                                                  )
FRANCO PRODUCTIONS, et. al.,                      )
                                                  )
          Defendants.                             )

### AFFIDAVIT

I, JOHN DOE NO. 17, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth                    portrayals on the web sites and
this may negatively impact my relationship with these indiv                    my reputation.

FURTHER AFFIANT SAYETH NOT.

JOHN DOE NO. 17

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                     )
      Plaintiff, )
                     )
-vs- )      No. 99 CV 07885
                     )
FRANCO PRODUCTIONS, et. al., )
                     )
      Defendants. )

## AFFIDAVIT

I , JOHN DOE NO.18 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                JOHN DOE NO. 18

SUBSCRIBED AND SWORN TO
Before me this 24th day of
July , 2001.

NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players,           )
                                                      )
      Plaintiff,                                      )
                                                      )
-vs-                                                  )         No. 99 CV 07885
                                                      )
FRANCO PRODUCTIONS, et. al.,                          )
                                                      )
      Defendants.                                    )

## AFFIDAVIT

I, JOHN DOE NO. 19, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

JOHN DOE NO. 19

SUBSCRIBED AND SWORN TO
Before me this 11th day of
January, 2000.

NOTARY PUBLIC

"OFFICIAL SEAL"
DEANN HIERZ
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-22-02

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                                )
      Plaintiff, )
                                                )
-vs- )           No. 99 CV 07885
                                                )
FRANCO PRODUCTIONS, et. al., )
                                                )
      Defendants. )

## AFFIDAVIT

I, JIM HEFFERNAN, JR., being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

#22

1._____

SUBSCRIBED AND SWORN TO
Before me this 18th day of
December, 2000.

_Pamela K. Edwards_
NOTARY PUBLIC

OFFICIAL SEAL
PAMELA K. EDWARDS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 1/13/2001

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                               )
        Plaintiff, )
                               )
-vs-                          )    No. 99 CV 07885
                               )
FRANCO PRODUCTIONS, et. al., )
                               )
        Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 23, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                                JOHN DOE NO. 23

SUBSCRIBED AND SWORN TO
Before me this 15 day of 2001
August ,2000 (MLF)

Mark L. Flores
NOTARY PUBLIC

**MARK L. FLORES, NOTARY PUBLIC**

MARK L FLORES
Commission # 1263670
Notary Public — California
Los Angeles County
My Comm. Expires Jun 9, 2004

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                       )
      Plaintiff, )
                                       )
-vs- )         No. 99 CV 07885
                                       )
FRANCO PRODUCTIONS, et. al., )
                                     )
      Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 24, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                         JOHN DOE NO. 24

SUBSCRIBED AND SWORN TO
Before me this _____ day of

OFFICIAL SEAL
GINA HIBBERT
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 8-30-2004

NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                   )
       Plaintiff,                 )
                                   )
-vs-                                )      No. 99 CV 07885
                                   )
FRANCO PRODUCTIONS, et. al.,       )
                                   )
       Defendants.             )

## AFFIDAVIT

I, JOHN DOE NO. 25, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

*John Doe no 25*
JOHN DOE NO. 25

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                        )
        Plaintiff, )
                                          )
-vs- )       No. 99 CV 07885
                                          )
FRANCO PRODUCTIONS, et. al., )
                                          )
        Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 26, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                        JOHN DOE NO. 26

SUBSCRIBED AND SWORN TO
Before me this 21 day of
DECEMBER , 2000.

_Belinda J. Graves_
NOTARY PUBLIC

BELINDA J. GRAVES
Notary Public, Ingham County, MI
Commission Expires June 23, 2003

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                 )
        Plaintiff, )
                                   )
-vs-                          )    No. 99 CV 07885
                                   )
FRANCO PRODUCTIONS, et. al., )
                                   )
        Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 27, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                 _John Doe No. 27_
                                 JOHN DOE NO. 27

SUBSCRIBED AND SWORN TO
Before me this 27th day of
December, 2000.

_Donna Spicer_
NOTARY PUBLIC

```
OFFICIAL SEAL
DONNA E. SPICER
NOTARY PUBLIC STATE OF ILLINOIS
My Comm. Expires Oct. 12, 2004
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                         )
       Plaintiff, )
                         )
-vs- )     No. 99 CV 07885
                         )
FRANCO PRODUCTIONS, et. al., )
                         )
       Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 28, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                    _John Doe No. #28_
                                    JOHN DOE NO. 28

SUBSCRIBED AND SWORN TO
Before me this   9   day of
_____, 200_9_.

_____
NOTARY PUBLIC  _Clark_
                _County Nev H CC_

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
MAX KOSTINER
No. 92-3881-1
My Appointment Expires April 14, 2004

116-5852 JRB/tlr #621176172

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, )
and Unknown Illinois State University )
Football Players, )
           Plaintiffs, )
   )
v. )     NO: 99 CV 07885
   )
FRANCO PRODUCTIONS, DAN FRANCO )
Individually and d/b/a FRANCO )
PRODUCTIONS, et al., )
   )
           Defendants. )

## <u>AFFIDAVIT</u>

I, JOHN DOE NO.29 being first duly sworn on oath, depose and state as follows:

1.    This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2.    I experienced anguish, distress and anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3.    The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videotapes.

4.    I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5.    I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms or showers in public places such as restaurants, etc.

6.    I am driven to avoid the use of the public bathroom facilities so as to create physical discomfort and even pain.

7.    I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8.    I experience fear and anxiety that family members may see the videos and portrayals on the web sites and cause intrafamily problems.

9.    I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

JOHN DOE NO.29

SUBSCRIBED AND SWORN TO
Before me this __23ᵗʰ__ day of
__October__ , 2000.

NOTARY PUBLIC

"OFFICIAL SEAL"
Michelle M. Pratt
Notary Public, State of Illinois
My Commission Exp. 11/30/2003

116-5852 JRB/tlr #621176172

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown Illinois State University Football Players, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCO PRODUCTIONS, DAN FRANCO Individually and d/b/a FRANCO PRODUCTIONS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) NO: 99 CV 07885 |

## AFFIDAVIT

I, JOHN DOE NO. 30 ., being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anguish, distress and anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videotapes.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms or showers in public places such as restaurants, etc.

6.    I am driven to avoid the use of the public bathroom facilities so as to create physical discomfort and even pain.

7.    I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8.    I experience fear and anxiety that family members may see the videos and portrayals on the web sites and cause intrafamily problems.

9.    I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

JOHN DOE NO.30

SUBSCRIBED AND SWORN TO
Before me this ‾5‾th day of
October , 2000.

~~Michelle Pratt~~
NOTARY PUBLIC

"OFFICIAL SEAL"
Michelle M. Pratt
Notary Public, State of Illinois
My Commission Exp. 11/30/2003

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                 )
      Plaintiff,               )
                                 )
-vs-                           )    No. 99 CV 07885
                                 )
FRANCO PRODUCTIONS, et. al.,      )
                                 )
      Defendants.            )

### AFFIDAVIT

I, JOHN DOE NO. 31, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                     JOHN DOE NO. 31

SUBSCRIBED AND SWORN TO
Before me this _14½_ day of
_august_, 2001.

_____
NOTARY PUBLIC

OFFICIAL SEAL
Alice A. Streenz
Notary Public-State of Illinois
My Commission Expires April 21, 2002

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                      )
      Plaintiff, )
                                        )
-vs- )      No. 99 CV 07885
                                        )
FRANCO PRODUCTIONS, et. al., )
                                        )
      Defendants. )

## AFFIDAVIT

I , JOHN DOE NO. 34 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                      John Doe #34 8/2d/1
                                      JOHN DOE NO. 34

SUBSCRIBED AND SWORN TO
Before me this ___ day of
_____, 2001.

_____
NOTARY PUBLIC

OFFICIAL SEAL
GINA M GEISERT
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 8-30-2004

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                 )
       Plaintiff, )
                                 )
-vs- )     No. 99 CV 07885
                                 )
FRANCO PRODUCTIONS, et. al., )
                                 )
       Defendants. )

## AFFIDAVIT

I, JOHN DOE NO.36 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

_____
JOHN DOE NO. 36

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2001.

_____
NOTARY PUBLIC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                 )
       Plaintiff,           )
                                 )
-vs-                         )     No. 99 CV 07885
                                 )
FRANCO PRODUCTIONS, et. al., )
                                 )
       Defendants.        )

## AFFIDAVIT

I, JOHN DOE NO. 37, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                          JOHN DOE NO. 37

SUBSCRIBED AND SWORN TO
Before me this 28th day of
August , 2001.

_____
NOTARY PUBLIC



THOMAS L. SALE
COMM. # 1289618
NOTARY PUBLIC - CALIFORNIA
SAN MATEO COUNTY
My Comm. Exp. July 2, 2004

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                      )
        Plaintiff, )
                                        )
-vs- )     No. 99 CV 07885
                                        )
FRANCO PRODUCTIONS, et. al., )
                                        )
        Defendants. )

### AFFIDAVIT

I , JOHN DOE NO. 38 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                      John Doe # 38
                                      JOHN DOE NO. 38

SUBSCRIBED AND SWORN TO
Before me this 14 day of
August , 2001.

Barbara L Monroe
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA L. MONROE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-14-2001

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                          )
        Plaintiff, )
                                            )
-vs- )        No. 99 CV 07885
                                            )
FRANCO PRODUCTIONS, et. al., )
                                            )
        Defendants. )

## AFFIDAVIT

I , JOHN DOE NO. 39 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                         JOHN DOE NO. 39

SUBSCRIBED AND SWORN TO
Before me this _24th_ day of
_August_____, 2001.

_Carol Dippon_

NOTARY PUBLIC

"OFFICIAL SEAL"
CAROL DIPPON
Notary Public, State of Illinois
My Commission Expires 5-23-2005

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                     )
         Plaintiff, )
                                       )
-vs-                                  )    No. 99 CV 07885
                                       )
FRANCO PRODUCTIONS, et. al., )
                                     )
         Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 40 ., being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know. .

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth                       portrayals on the web sites and this may negatively impact my relationship with these indiv                            my reputation.

FURTHER AFFIANT SAYETH NOT.

                                       JOHN DOE NO. 40           _____

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                            )
         Plaintiff, )
                            )
-vs-                      )    No. 99 CV 07885
                            )
FRANCO PRODUCTIONS, et. al., )
                            )
         Defendants. )

## AFFIDAVIT

I, JOHN DOE NO. 42, being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and oth            portrayals on the web sites and this may negatively impact my relationship with these indiv            my reputation.

FURTHER AFFIANT SAYETH NOT.

                                  JOHN DOE NO. 42

SUBSCRIBED AND SWORN TO
Before me this _____ day of
_____, 2000.

_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
)
      Plaintiff, )
)
-vs- )     No. 99 CV 07885
)
FRANCO PRODUCTIONS, et. al., )
)
      Defendants. )

## AFFIDAVIT

I , JOHN DOE NO. 43 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

_____ 43
JOHN DOE NO. 43

SUBSCRIBED AND SWORN TO
Before me this _22_ day of
_August_ 2001.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA L. MONROE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-14-2001

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players,              )
                                                        )
                Plaintiff,                              )
                                                        )
-vs-                                                    )        No. 99 CV 07885
                                                        )
FRANCO PRODUCTIONS, et. al.,                            )
                                                        )
                Defendants.                             )

### AFFIDAVIT

I , JOHN DOE NO. 44 , being first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

_John Doe #44_____
JOHN DOE NO. 44

SUBSCRIBED AND SWORN TO
Before me this _17th_ day of
_AUGUST_____, 2001.

_Nwladia Mende_____
NOTARY PUBLIC

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JOHN DOES 1 through 30 inclusive, and Unknown )
Illinois State University Football Players, )
                                          )
         Plaintiff, )
                                            )
-vs-                                  )       No. 99 CV 07885
                                            )
FRANCO PRODUCTIONS, et. al., )
                                            )
         Defendants. )

## AFFIDAVIT

I , JOHN DOE NO. 45, first duly sworn on oath, depose and state as follows:

1. This case involves the videotaping of individuals, including myself, without prior consent or knowledge. These videotapes depict myself and others in the nude, showering, bending over and urinating among other acts. Some of these images have appeared on the internet. The videotapes also include audio recordings of conversation made between the persons depicted for which there was an expectation that such communications were not subject to interception.

2. I experienced anxiety caused by knowing my image is being sold as pornography for the sexual stimulation of the purchasers and the economic gain of the sellers.

3. The videos were filmed and the web sites allowed them to be viewed without my permission or knowledge, causing stress and anxiety upon discovering the existence of these videos.

4. I live in fear and anguish of persons finding out about the videos or my image being seen on the web sites by a vast number of people I do not know.

5. I experienced fear and physical anxiety, manifested by nervousness when in locker rooms, pool changing areas, and bathrooms in public places such as restaurants, etc.

6. I am driven to avoid the use of public bathroom facilities so as to create physical discomfort and even pain.

7. I fear and worry concerning the effect and/or impact these videos and portrayals on the web sites may have on my employment.

8. I experience fear and anxiety that family members may see the videos and/or portrayals on the web sites and cause intrafamily problems.

9. I experience fear and anxiety that friends and other persons may see these videos or portrayals on the web sites and this may negatively impact my relationship with these individuals or have a negative impact on my reputation.

FURTHER AFFIANT SAYETH NOT.

                                              _John Doe_
                                              JOHN DOE NO. 45

SUBSCRIBED AND SWORN TO
Before me this _20_ day of
_August_ ,2001.

_Kimberly M Johnson_
NOTARY PUBLIC

"OFFICIAL SEAL"
KIMBERLY N. JOHNSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/9/2004

### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOES 1 through 30 inclusive,<br>and Unknown Illinois State<br>University Football Players,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCO PRODUCTIONS, DAN FRANCO<br>Individually and d/b/a FRANCO<br>PRODUCTIONS, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO:  99 CV 07885<br><br>(Transferred from Law<br>Division 99 L 8221) |

### AFFIDAVIT OF ATTORNEY JAMES R. BRANIT

NOW COMES Affiant, JAMES R. BRANIT, being first duly sworn on oath, deposes and states as follows:

1.   Despite our best efforts, the illegal videotapes of the plaintiffs, which are the subject of this litigation, continue to be sold and marketed on the Internet.  As the technology for anonymity on the Internet increases, our efforts to locate the origin of the web sites marketing the videos - and the individuals involved - has become increasingly difficult.  There remains at least one web site for which we have not been able to identify its source.  Furthermore, once the web site moves out of the United States, it becomes almost impossible to shut down.

2.   In representing the above plaintiffs and in pursuing this action, Affiant, the firm of Bullaro & Carton, Chtd. and Goldstein and Fluxgold have incurred the sum of $45,795.82, which represents the reasonable amount of attorneys fees and costs which Affiant and the firm of Bullaro & Carton, Chtd. are entitled to recover pursuant to 18 U.S.C. 1964(c) and Fed. R. Civ. P. 55(d) and 54(d)(2)(A).

3.   The above-stated figure was reached by assigning the reasonable value of $350 /hr for the time spent by the partners, including

EXHIBIT
3

affiant and Louis S. Goldstein, at Bullaro & Carton, Chtd. and Goldstein & Fluxgold, and $175 /hr for the time spent by the associates, which include E. Jones, K. Torres, S. Shermer, and G. Dunn. The amount of attorneys fees were for fact investigation, locating the defendants, evaluating many areas of law for the purpose of determining the appropriate causes of action, drafting three multi-count amended complaints, motions to certify class and other class certification issues and administration, orchestrating and administrating the claims of 46 individual clients, court appearances and substantive motions for default and default judgment. Said fees were based on 153.1 hours and totaled $37,110.00.

4.   The costs, which included investigation costs to locate and serve the defaulted defendants and other related court costs, totaled $8685.00.


FURTHER, the Affiant sayeth NOT.




James R. Branit


James R. Branit
BULLARO & CARTON, CHARTERED
200 N. LaSalle St., Suite 2500
Chicago, Illinois 60601
Tel:   (312) 831-1000
Fax:   (312) 831-0647
Attorney No. 91348
*Attorneys for the Plaintiffs*

SUBSCRIBED AND SWORN
to before me this 18th day of
_Novembur_ , 2002.


Notary Public

Official Seal
Melanie L Pell
Notary Public State of Illinois
My Commission Expires 08/27/06

-2-

NO. 01-0505

| | | |
|---|---|---|
| AMBER MICHELLE KULHANEK | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | 22nd JUDICIAL DISTRICT |
| | § | |
| ARCO MEDIA GROUP INC., | § | |
| AND E! ONLINE, INC., | § | |
| Defendants. | § | OF HAYS COUNTY, TEXAS |

## DEFAULT JUDGMENT

The hearing on this cause was held on February 27, 2002. Plaintiff, Amber Michelle Kulhanek, appeared and Defendant, ARCO, although duly cited to appear by filing an answer herein, failed to file an answer within the time allowed by law.

1.    On the claim of Intentional infliction of emotional distress, the court finds in favor of Plaintiff, Amber Michelle Kulhanek, and against Defendant, ARCO, in the amount of $2,500,000 (Two Million Five Hundred Thousand and No/100 Dollars).

2.    On the claim of invasion of privacy, the court finds in favor of Plaintiff, Amber Michelle Kulhanek, and against Defendant, ARCO, in the amount of $2,500,000 (Two Million Five Hundred Thousand and No/100 Dollars).

3.    On the claim of permanent injunction, the court finds in favor of Plaintiff, Amber Michelle Kulhanek, and against Defendant, ARCO.

4.    Plaintiff, Amber Michelle Kulhanek, is entitled to post judgment interest on the total amount of the judgment and any prejudgment interest awarded here in above, at the rate of 6% per annum from the date this judgment is signed until paid.

5.    Plaintiff, Amber Michelle Kulhanek, is entitled to the sum of $10,000 (Ten Thousand and No/100 Dollars), as attorney's fees, to bear interest at the rate of 10% per annum from the date this judgment is signed until paid.

6.    Costs are hereby taxed against Defendants.

**IT IS ORDERED** that Plaintiff, Amber Michelle Kulhanek, is entitled to enforce this judgment through abstract, execution and any other process necessary.

VOL 273 PG 0816

FILED

DISTRICT CLERK
HAYS COUNTY, TEXAS

EXHIBIT
4

SIGNED on _February 27_, 2001.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:


_____
David K Sergi
Attorney for Plaintiff Amber Michelle Kulhanek
Sergi & Associates, P.L.L.C.
109 E. Hopkins, Suite 200
San Marcos, Texas, 78666
Tel: (512) 392-5010
Fax: (512) 392-5042


_____
Dale Jefferson
Attorney for E! Online
Martin, Desiere, Jefferson, & Wisdom, LLP
808 Travis Suite 1800
Houston, Texas, 77002
Tel: 713-632-1700
Fax: 713-222-0101


_____
ARCO, Pro se Defendant
601 S. Front Street
Tampa, Florida, 33606
Tel:
Fax:

116 586

Michael W. Dobbins                                    Office of the Clerk
     CLERK


      John Joseph Bullaro Jr.
      Bullaro & Carton, Chartered
      200 North LaSalle Street
      Suite 2500
      Chicago, IL  60601


-----------------------------------------------------------------------

    Case Number:  1:99-cv-07885    Other Court No: 98-L-8221


      Title:  Does v. Franco Prod

Assigned Judge: Honorable Charles P. Kocoras


MINUTE ORDER of 6/20/01 by Hon. Charles P. Kocoras :
Status hearing held. Ruling held. Plaintiffs' motion to
reconsider its order entered on 04/12/01 is granted [69-1].
The court certifies a class pursuant to Rule 23(b)(2) with
respect to the injunctive relief sought by plaintiffs. with
respect to the portion of the case seeking monetary
damages, however, we decline to certify a class action.
Instead, each action will proceed individually. This
resolution comports with the relevant rules and case law
and accommodates plaintiffs' desires as set forth on page
five  of their motion memorandum. Plaintiff to move for
default judgment as to remaining defendants. Entered
Memorandum Opinion and Order. Mailed notice


This docket entry was made by the Clerk on June 21, 2001


ATTENTION:  This notice is being sent pursuant to Rule 77(d) of the
           Federal Rules of Civil Procedure or Rule 49(c) of the Federal
           Rules of Criminal Procedure.  It was generated by ICMS,
           the automated docketing system used to maintain the civil and
           criminal dockets of this District.  If a minute order or
           other document is enclosed, please refer to it for
           additional information.

For scheduled events, motion practices, recent opinions and other information,
visit our web site at www.ilnd.uscourts.gov

Check our web site for CourtWeb--a concise listing of rulings by judges.

EXHIBIT
5