AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

John Does et al                      **JUDGMENT IN A CIVIL CASE**

        v.                                  Case Number: 99 C 7885

Franco Productions et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against defendants Franco Production, Daniel Franco individually and d/b/a Franco Productions, George Jachem, individually and d/b/a Rodco, R.D. Couture, individually and d/b/a Rodco, Hidvidco, Hidvidco-Atlas Video Release, AMO Video, Atlas Video, Gamport/Earthlink in the amount of $506,045,795.82 as follows: (a) $1,000,000.00 for each of the plaintiffs John Does 1 through 46, inclusive, or a total of $46,000,000.00 for compensatory damages; $10,000,000.00 for each said plaintiff in punitive damages; and $45,795,82 in costs and attorneys fees. It is ordered that said defendants are permanently enjoined from the taping, selling, advertising, distributing or otherwise disseminating the videotapes, or any part of them, or any images or pictures which have been taken or produced from them, in any fashion whatsoever, including computer data, and further compelling the defendants to turn over these videotapes and all parts of them and any images or pictures taken or produced from them, in any form including computer memory, to the plaintiffs immediately.

All matters in controversy having been resolved, final judgment is hereby entered.

**DOCKETED**
**NOV 2 6 2002**

Michael W. Dobbins, Clerk of Court

Date: 11/25/2002

Stephen C. Tokoph, Deputy Clerk