# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown Illinois State University Football Players,<br><br>Plaintiffs,<br><br>v.<br><br>FRANCO PRODUCTIONS, DAN FRANCO Individually and d/b/a FRANCO PRODUCTIONS, GEORGE JACHEM, Individually and d/b/a RODCO, R.D. COUTURE, Individually and d/b/a RODCO, RODCO, HIDVIDCO, HIDVIDCO-ATLAS VIDEO RELEASE, DEREK ROBERTS, Individually and d/b/a AMO VIDEO, AMO VIDEO, LOGAN GAINES ENTERTAINMENT, LOGAN GAINES, Individually and d/b/a LOGAN GAINES ENTERTAINMENT, MARVIN JONES, Individually and d/b/a CAMPFIRE VIDEO, CAMPFIRE VIDEO, LEO MARTIN, Individually and d/b/a GAMEPORT, GAMEPORT, JAY HENNIGAN, Individually and d/b/a/ WESTNET COMMUNICATIONS, WESTNET COMMUNICATIONS, ALAN GOULD, BRAD THEISSEN, Individually d/b/a D.I.Y./TRIANGLE VIDEO, D.I.Y./ TRIANGLE VIDEO, KEVIN GLEASON, Individually and d/b/a CAL VIDEO, CAL, VIDEO, TVRP, PSI NET, Individually and d/b/a TIAC.NET, GTE, Individually and d/b/a GTE INTERNET WORKING d/b/a GENUITY.NET, RICK GREENSPAN, LINDA HERMAN and DAVID STRAND,<br><br>Defendants. | Case No. 99 CV 07885<br><br>FILED<br>DEC 11 2002<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>02 DEC 11 PM 5:25<br><br>DOCKETED<br>DEC 20 2002 |

## NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on Thursday, December 19, 2002, at 9:30 a.m., in Room 2541, of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois Defendant Earthlink, Inc. will appear before Judge Charles P. Kocoras and then and there present its **MOTION TO DISMISS PURSUANT TO RULE 12(b)**, a copy of which is attached hereto.

Respectfully Submitted,

EARTHLINK, INC.

By _____
One of Its Attorneys

Daniel M. Blouin
Jennifer K. Fardy
Theodore J. Koerth
Seyfarth Shaw
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
tel: (312) 346-8000
fax: (312) 269-8869

2

## CERTIFICATE OF SERVICE

Daniel M. Blouin, an attorney, under oath, deposes and states that he caused a copy of the foregoing Notice of Motion of Defendant EarthLink, Inc.'s Motion to Dismiss to be served on the parties listed on the attached Service List by facsimile transmission and first-class U.S. mail, postage prepaid, deposited at 55 East Monroe Street, Chicago, Illinois, this 11th day of December, 2002, before the hour of 5:00 p.m.

_____
Daniel M. Blouin

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFFS**
Louis S. Goldstein
GOLDSTEIN & FLUXGOLD, LTD.
33 North Dearborn Street, Suite 1930
Chicago, Illinois 60602-3108
Telephone: 312-726-7772
Facsimile: 312-368-0368

Dennis A. Berkson
DENNIS A. BERKSON & ASSOC., LTD
180 North LaSalle Street, Suite 1985
Chicago, Illinois 60601
Telephone: 312-726-7402
Facsimile: 312-726-1663

James R. Branit
Bullaro & Carton, Chartered
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601

**Attorneys for GTE Internet Workings**
Jacqueline White Johnson
KIRKLAND & ELLIS
200 East Randolph Drive, 54th Floor
Chicago, Illinois 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

William H. Pratt
Kathleen M. McCarthy
Lee Ann Stevenson
KIRKLAND & ELLIS
153 East 53rd Street, 39th Floor
New York, New York 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900

Mark S. Mester
Matt Rawlinson
LATHAM & WATKINS
5800 Sears Tower
Chicago, Illinois 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Attorneys for Defendants Marvin Jones, Individually and d/b/a Campfire Video; and Campfire Video**
Richard D. Teitel
LAW OFFICES OF RICHARD D. TEITEL
11835 W. Olympic Blvd., Suite 1235
Los Angeles, CA 90064
Telephone: 310-473-1456
Facsimile: 310-473-6646

Alexander Harris
REYNOLDS & BAKER
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: 312-269-0011
Facsimile: 312-269-0112

**Attorneys for PSINet, Inc.**

Laurin H. Mills
Leslie Paul Machado
NIXON PEABODY LLP
One Thomas Circle, NW, Suite 700
Washington, D.C. 20005
Telephone: 202-457-5300
Facsimile: 202-457-5355

**Attorneys For Defendants David Strand,
Linda Herman And Rick Greenspan**
Carol Hansen Psegate
GIFFIN, WINNING, COHEN & BODEWES
P.C.
One West Old StateCapitol Plaza
Myers Building, Suite 600
Springfield, Illinois 60701
Telephone: 217-525-1571
Facsimile: 217-525-1710

John P. Ratnaswamy
Ross E. Kimbarovsky
HOPKINS & SUTTER
Three First National Plaza, Suite 4100
Chicago, Illinois 60602-4205
Telephone: 312-558-6600
Facsimile: 312-558-6538

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN DOES 1 through 30 inclusive, and Unknown Illinois State University Football Players, </br></br> Plaintiffs, </br></br> v. </br></br> FRANCO PRODUCTIONS, DAN FRANCO Individually and d/b/a FRANCO PRODUCTIONS, GEORGE JACHEM, Individually and d/b/a RODCO, R.D. COUTURE, Individually and d/b/a RODCO, RODCO, HIDVIDCO, HIDVIDCO-ATLAS VIDEO RELEASE, DEREK ROBERTS, Individually and d/b/a AMO VIDEO, AMO VIDEO, LOGAN GAINES ENTERTAINMENT, LOGAN GAINES, Individually and d/b/a LOGAN GAINES ENTERTAINMENT, MARVIN JONES, Individually and d/b/a CAMPFIRE VIDEO, CAMPFIRE VIDEO, LEO MARTIN, Individually and d/b/a GAMEPORT, GAMEPORT, JAY HENNIGAN, Individually and d/b/a/ WESTNET COMMUNICATIONS, WESTNET COMMUNICATIONS, ALAN GOULD, BRAD THEISSEN, Individually d/b/a D.I.Y./TRIANGLE VIDEO, D.I.Y./ TRIANGLE VIDEO, KEVIN GLEASON, Individually and d/b/a CAL VIDEO, CAL, VIDEO, TVRP, PSI NET, Individually and d/b/a TIAC.NET, GTE, Individually and d/b/a GTE INTERNET WORKING d/b/a GENUITY.NET, RICK GREENSPAN, LINDA HERMAN and DAVID STRAND, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 99 CV 07885 </br></br> FILED </br> DEC 11 2002 </br> MICHAEL W. DOBBINS </br> CLERK, U.S. DISTRICT COURT </br></br> DOCKETED </br> DEC 2 0 2002 |

## EARTHLINK, INC.'S MOTION TO
## DISMISS PURSUANT TO RULE 12 (b)

EarthLink, Inc., by its undersigned counsel, hereby moves this Court for an Order dismissing the action pursuant to Fed. R. Civ. Pro. 12(b)(4) and 12 (b)(5). In support of this motion, EarthLink, Inc. states as follows:

1. On or about July 26, 1999, various Doe plaintiffs filed an original complaint in the Circuit Court of Cook County entitled *Does v. Franco Productions, et al*, bearing case no. 99 L 8221 (the "Original Complaint").

2. Plaintiffs filed various amended complaints (the "Amended Complaints").

3. The action was removed to the United States District Court for the Northern District of Illinois.

4. EarthLink, Inc. is a Delaware corporation with its principal place of business in Atlanta, Georgia.

5. No summons in the instant action was ever issued to EarthLink, Inc.

6. Neither the Original Complaint nor the Amended Complaints name EarthLink, Inc. as a defendant.

7. Neither the Original Complaint nor the Amended Complaints contain any reference to EarthLink, Inc.

8. On or about March 21, 2000, a summons was issued to an entity purportedly known as "Gameport/Earthlink."

9. Upon information and belief the entity referred to as "Gameport/Earthlink" does not exist.

10. Neither the Original Complaint nor the Amended Complaints name as a defendant an entity purportedly known as "Gameport/Earthlink".

2

11. Neither the Original Complaint nor the Amended Complaints contain any reference to any entity purportedly known as "Gameport/Earthlink."

12. On or about March 28, 2000, a return of service was filed with the Clerk of the Court indicating that the summons issued to an entity known as "Gameport/Earthlink" was served on an individual identified as Miguel Cevallos. A copy of the summons and return of service are attached hereto as Exhibit A.

13. At all times relevant hereto, Mr. Cevallos was employed in the mailroom of EarthLink, Inc.

14. Although Mr. Cevallos may have physically received the summons issued to an entity referred to as "Gameport/EarthLink, at no time was Mr. Cevallos identified as the Registered Agent for or otherwise authorized to receive service of process on behalf of EarthLink, Inc.

15. At no point in time was an entity known as "Gameport/Earthlink" a subsidiary, division or other corporate affiliate of EarthLink, Inc.

16. EarthLink, Inc. recently learned that a default judgment was entered by the Court on November 25, 2002, against an entity purportedly known as "Gameport/Earthlink".

17. Subsequent to the entry of the default judgment, representatives of EarthLink, Inc. have received inquiries from investors and customers regarding the default judgment.

3

NOW, THEREFORE, EarthLink, Inc. hereby requests the following:

1. An Order quashing the summons to the extent it purports to be a summons issued against and otherwise properly served upon EarthLink, Inc.

2. An Order declaring that the service purportedly effected on March 28, 2000 was ineffective and therefore void, to the extent it is claimed to be a summons issued against and otherwise properly served upon EarthLink, Inc.

3. Given the emergency nature of this situation, counsel respectfully requests an opportunity to file, no later than December 23, 2002, supporting affidavits as well as a memorandum in support of this motion.

Respectfully Submitted,

EARTHLINK, INC.

By _____

One of Its Attorneys

Daniel M. Blouin
Jennifer K. Fardy
Seyfarth Shaw
55 East Monroe Street
Suite 4200
Chicago, Illinois 60603
tel: (312) 346-8000
fax: (312) 269-8869

4

## SERVICE LIST

**ATTORNEYS FOR PLAINTIFFS**
Louis S. Goldstein
GOLDSTEIN & FLUXGOLD, LTD.
33 North Dearborn Street, Suite 1930
Chicago, Illinois 60602-3108
Telephone: 312-726-7772
Facsimile: 312-368-0368

Dennis A. Berkson
DENNIS A. BERKSON & ASSOC., LTD
180 North LaSalle Street, Suite 1985
Chicago, Illinois 60601
Telephone: 312-726-7402
Facsimile: 312-726-1663

James R. Branit
Bullaro & Carton, Chartered
200 North LaSalle Street, Suite 2500
Chicago, Illinois 60601
Telephone: 312-831-1000
Fax: 312-831-0648

**Attorneys for GTE Internet Workings**
Jacqueline White Johnson
KIRKLAND & ELLIS
200 East Randolph Drive, 54th Floor
Chicago, Illinois 60601
Telephone: 312-861-2000
Facsimile: 312-861-2200

William H. Pratt
Kathleen M. McCarthy
Lee Ann Stevenson
KIRKLAND & ELLIS
153 East 53rd Street, 39th Floor
New York, New York 10022
Telephone: 212-446-4800
Facsimile: 212-446-4900

Mark S. Mester
Matt Rawlinson
LATHAM & WATKINS
5800 Sears Tower
Chicago, Illinois 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

**Attorneys for Defendants Marvin Jones, Individually and d/b/a Campfire Video; and Campfire Video**
Richard D. Teitel
LAW OFFICES OF RICHARD D. TEITEL
11835 W. Olympic Blvd., Suite 1235
Los Angeles, CA 90064
Telephone: 310-473-1456
Facsimile: 310-473-6646

Alexander Harris
REYNOLDS & BAKER
33 North Dearborn Street, Suite 2350
Chicago, Illinois 60602
Telephone: 312-269-0011
Facsimile: 312-269-0112

**Attorneys for PSINet, Inc.**

Laurin H. Mills
Leslie Paul Machado
NIXON PEABODY LLP
One Thomas Circle, NW, Suite 700
Washington, D.C. 20005
Telephone: 202-457-5300
Facsimile: 202-457-5355

**Attorneys For Defendants David Strand,
Linda Herman And Rick Greenspan**
Carol Hansen Psegate
GIFFIN, WINNING, COHEN & BODEWES
P.C.
One West Old StateCapitol Plaza
Myers Building, Suite 600
Springfield, Illinois 60701
Telephone: 217-525-1571
Facsimile: 217-525-1710

John P. Ratnaswamy
Ross E. Kimbarovsky
HOPKINS & SUTTER
Three First National Plaza, Suite 4100
Chicago, Illinois 60602-4205
Telephone: 312-558-6600
Facsimile: 312-558-6538

6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

Docket Number: __99 C 7885__

JOHN DOES, 1 through 28
inclusive and unknown Illinois
State University football
players, Plaintiffs,

v.

RANCO PRODUCTIONS, et al.
Defendants.

Assigned Judge: __Koccras__

Designated
Magistrate Judge: _____

DOCKETED
MAY 08 2000

TO: (Name and address of defendant)
Gameport/Earthlink, 3100 New York Drive, Pasadena, CA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
(name and address)
Goldstein + Fluxgold, P.C., 33 N. Dearborn St., Suite 1930, Chgo, IL 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk
(by) Deputy Clerk

MAR 2 1 2000
Date

40

Exhibit A

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me. | DATE: 3-28-00 at 12:25 PM |
|---|---|
| NAME OF SERVER (PRINT) MOHAMMED ELALI | TITLE REG. PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suita and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Miguel Cevallos, person in charge on behalf of president GARY BETTY

☐ Ret'd unexecuted: _____

☐ Other(specify): _____

DOCKETED
MAY 0 8 2000

### STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL 50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-28-00
at Hacienda Heights, CA 91745

Signature of Server
MOHAMMED ELALI

Address of Server
15865-D Gale Ave.
Hacienda Heights, CA 91745

FILED-FD4
00 MAY -4 AM 10: 22
U.S. DIST. COURT

40